# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHARLES GARNER,

    Petitioner,

v.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 3:18-cv-00525-MMD-WGC

ORDER

This is a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, submitted by Petitioner Charles Garner (ECF No. 1-1). Garner has also submitted an application to proceed *in forma pauperis*, but he has not included the required financial certificate or inmate account statements. (ECF No. 1.) He also filed a document in which he states that he will pay the filing fee but has not paid the fee (*see* ECF No. 4 at 2). Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2); LR LSR 1-2.

This action therefore is subject to dismissal without prejudice as improperly commenced. However, it appears from the papers presented that a dismissal without prejudice may materially affect a later analysis of any timeliness issue with regard to a new action.

Accordingly, Petitioner has 30 days to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Failure to do so may result in the dismissal of this action without prejudice.

It is therefore ordered that within 30 days of the date of this order Petitioner must submit a completed financial certificate and his inmate account statement for the past six months or pay the $5.00 filing fee.

It is further ordered that if Petitioner fails to comply with this order, this action may be dismissed without prejudice.

DATED THIS 8th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE